# UNITED STATES DISTRICT COURT
## for the

### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Calvin Lashawn Bryant | ) )<br>) )<br>) )<br>) )<br>) )<br>) ) |

Case No:  5:04-CR-369-1F

USM No:  24936-056

Date of Original Judgment:           August 18, 2005

Date of Previous Amended Judgment: September 19, 2009

*(Use Date of Last Amended Judgment if Any)*

Pro Se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 28, 2005, September 19, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  _11/4/15_

*Judge's signature*

Effective Date: _____

*(if different from order date)*

James C. Fox   Senior U.S. District Judge

*Printed name and title*

EDNC Rev. 11/8/2011