UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:04-CR-369-BO
Civil No. 5:17-CV-311-BO

| | | |
|---|---|---|
| CALVIN BRYANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing C 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This _30_ day of November, 2017.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE