IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:04-CR-369-BO
Civil No. 5:17-CV-311-BO

| | |
|---|---|
| CALVIN BRYANT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Malcolm J. Howard, Senior United States District Judge, for all further proceedings. United States District Judge Terrence W. Boyle is no longer assigned to the case. **All future documents shall reflect the revised case numbers of 5:04-CR-369-H and 5:17-CV-311-H.**

SO ORDERED. This the 14th day of June, 2018.

/s/ Peter A. Moore, Jr.
Peter A. Moore, Jr.
Clerk of Court