IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-369-1H
No. 5:17-CV-311-H

CALVIN BRYANT,                          )
                                        )
            Petitioner,                 )
                                        )
      v.                                )              **ORDER**
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Respondent.                 )

      This matter is before the court on petitioner's Motion to
Withdraw his Motion to Vacate, [DE #149]. Due to the unique
procedural posture of this case and out of an abundance of caution,
the court construes petitioner's filing as a motion to voluntarily
dismiss his claims without prejudice pursuant to Fed. R. Civ. P.
41(a)(2). Therefore, the court GRANTS petitioner's motion, [DE
#149], and hereby DISMISSES petitioner's motion to vacate, [DE
#122]. The clerk is directed to close this case.

      This 16th day of March 2020.

                        _____
                        MALCOLM J. HOWARD
                        Senior United States District Judge

At Greenville, NC
#35