## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Calvin Bryant**                               Docket No. 5:04-CR-369-1M

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Calvin Bryant, who, upon an earlier plea of guilty to Possession with the Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), and Carry and Possess Firearms in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on August 18, 2005, to the custody of the Bureau of Prisons for a term of 360 months. On July 13, 2021, the Court reduced the term of imprisonment to a total of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Calvin Bryant was released from custody on August 16, 2023, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Bryant has agreed to participate in a cognitive behavioral program to enhance critical thinking skills and improve his ability to make positive decisions for his life.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

                                                    I declare under penalty of perjury that the foregoing is true and correct.

                                                    /s/ Linwood E. King
                                                    Linwood E. King
                                                    U.S. Probation Officer
                                                    310 New Bern Avenue, Room 610
                                                    Raleigh, NC 27601-1441
                                                    Phone: 919-861-8682
                                                    Executed On: March 8, 2024

Calvin Bryant
Docket No. 5:04-CR-369-1M
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 12th day of March, 2024, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief U.S. District Judge